ADAMS *v.* SHARON.

(*Knoxville.*   November 1, 1890.)

SUPREME COURT PRACTICE.   *Rehearing.*

Petition for rehearing will not be entertained by this Court where it was not presented to the Court within ten days after the opinion upon the original hearing was rendered.   Merely filing the petition in the Clerk's office without motion, and without notice to the Court or adversary counsel, is ineffectual.

Rule construed: Rule 17, 85 Tenn., 755. ·

FROM HAMILTON.   .

Appeal from Chancery Court of Hamilton County. W. H. DeWITT, Sp. Ch.   ·

WHEELER & MARSHALL for Adams.

COOKE, SWEENEY & FRAZIER for Sharon.

J. A. CALDWELL for Caldwell.

TURNEY, Ch. J.   This cause was heard at the present term.   Decree was entered on October 14. There is a petition to rehear, marked "filed October 23, 1890."   No motion to file said petition was made to the Court, and no notice that it had

been filed until October 30. No notice has been given to adversary counsel.

Section 17 of the Rules, 1 Pickle, 755, directs:

"Petitions for rehearing, before being presented to the Court, will be furnished to opposite counsel; and after both sides have prepared briefs, the record, together with the petition and briefs, will be presented to the Court without argument. * * * But petitions for rehearing *must in all cases be presented to the Court within ten days* after the opinion in the case which is sought to be re-examined," etc.

This petition is presented sixteen days after decree was entered, which may have been several days after the opinion. As we have seen, the rule is violated in nearly or quite all other respects.

Petition dismissed with costs.